**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

JULIE WEAVER and ROGER D. WEAVER,

Plaintiffs,

v.

ASI HOME INSURANCE CORP.,

Defendant.

CASE NO.: 7:26-CV-00020-WLS

**ORDER**

Plaintiffs Julie and Roger Weaver and Defendant ASI Home Insurance Corp. filed a joint notice of settlement on September 18, 2026. (Doc. 26.) In the notice, the parties state that they have agreed to settle this case pending the execution of a settlement agreement and will file a notice of dismissal of all claims within the next sixty days. (*Id.*)

The Court therefore **ORDERS** the parties, **within sixty-one days** of the entry of this order—by **Monday, November 23, 2026**—to file either (1) a stipulation or other documentation dismissing all claims; or (2) a motion for additional time explaining the need for an extension.

**SO ORDERED**, this 23rd day of September, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**