**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| JULIE WEAVER and ROGER D WEAVER,<br><br>Plaintiffs,<br><br>v.<br><br>ASI HOME INSURANCE CORP.,<br><br>a foreign corporation,<br><br>Defendant. | Civil Action File No.:<br>7:26-cv-00020-WLS |

**JOINT NOTICE OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiffs Jule Weaver and Roger Weaver and Defendant ASI Home Insurance Corporation, by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), hereby stipulate to the dismissal of this lawsuit ***with prejudice***. Each party is to bear his or her own costs and fees except to those costs previously agreed upon by the parties.

Respectfully submitted this 20th day of October, 2026.

Prepared and Consented to by:

/s/ Myles H. Fogle
Seth M. Friedman
Georgia Bar No. 141501
Myles H. Fogle
Georgia Bar No. 994303
LEWIS, BRISBOIS,
BISGAARD & SMITH, LLP
600 Peachtree Street, Suite 4700
Atlanta, Georgia 30308
(404) 348-8585
(404) 467-8845 (Fax)
Seth.Friedman@lewisbrisbois.com
Myles.Fogle@lewisbrisbois.com
*Attorneys for Defendant ASI Home Insurance Corp.*

Consented to by:

/s/ W. Mack Puder, Esq.
W. Mack Puder, Esq.
Georgia Bar No. 827816
*(with express permission)*
YOUR INSURANCE ATTORNEY, PLLC
3884 Peachtree Rd, NE, Suite 250
Atlanta, GA 30326
mp@yourinsuranceattorney.com
*Attorney for Plaintiff*
*Julie Weaver and Roger D. Weaver*

**SO ORDERED this** 21st **day of** October, 2026**.**

W. Louis Sands
**W. Louis Sands, SR. Judge**
**United States District Court**