IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JULIE WEAVER AND ROGER D. WEAVER, *

Plaintiffs, *

v. * Case No. 7:26-cv-20 (WLS)

ASI HOME INSURANCE CORP., *

Defendant. *

## **JUDGMENT**

Pursuant to this Court's Order dated October 21, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 22nd day of October, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk